UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 2:10-cv-02543-JTM-KWR<br>**Wunstell et al v. BP, plc et al** | *SEC. H(4)* |
| 2:13-cv-02378-JTM-JVM<br>**Regan et al v. BP Exploration & Production Inc. et al** | *SEC. H(1)* |
| 2:13-cv-03147-JTM-MBN<br>**Hunter v. BP Exploration & Production, Inc., et al** | *SEC. H(5)* |
| 2:17-cv-03022-JTM-DPC<br>**Anderson v. BP Exploration & Production, Inc. et al** | *SEC. H(2)* |
| 2:17-cv-03099-JTM-MBN<br>**Brown v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:17-cv-03108-JTM-MBN<br>**Kolian v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:17-cv-03125-JTM-MBN<br>**Charles v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:17-cv-03161-JTM-KWR<br>**Landrieu et al v. BP Exploration & Production, Inc. et al** | *SEC H(4)* |
| 2:17-cv-03179-JTM-KWR<br>**Hatcher v. BP America Production Company et al** | *SEC. H(4)* |
| 2:17-cv-03183-JTM-JVM<br>**Maneen v. BP Exploration & Production Inc et al** | *SEC. H(1)* |
| 2:17-cv-03186-JTM-MBN<br>**Richoux v. BP America Production Company et al** | *SEC. H(5)* |
| 2:17-cv-03193-JTM-DPC<br>**Fielder v. BP Exploration & Production, Inc. et al** | *SEC. H(2)* |
| 2:17-cv-03310-JTM-MBN<br>**Joiner v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:17-cv-03312-JTM-KWR<br>**Jones v. BP Exploration & Production, Inc. et al** | *SEC H(4)* |
| 2:17-cv-03321-JTM-JVM<br>**Learn v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-03329-JTM-DPC<br>**Lewis v. BP Exploration & Production, Inc. et al** | *SEC. H(2)* |
| 2:17-cv-03413-JTM-KWR<br>**Upchurch v. BP Exploration & Production, Inc. et al** | *SEC H(4)* |
| 2:17-cv-03480-JTM-MBN<br>**Belton v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:17-cv-03499-JTM-JVM<br>**Boler v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |

| | |
|---|---|
| 2:17-cv-03506-JTM-KWR<br>Bowden v. BP Exploration & Production, Inc. et al | SEC H(4) |
| 2:17-cv-03549-JTM-KWR<br>Magee v. BP Exploration & Production, Inc. et al | SEC H(4) |
| 2:17-cv-03555-JTM-JVM<br>McInnis v. BP Exploration & Production, Inc. et al | SEC. H(1) |
| 2:17-cv-03564-JTM-KWR<br>Medel v. BP Exploration & Production, Inc. et al | SEC H(4) |
| 2:17-cv-03574-JTM-JVM<br>Moore v. BP Exploration & Production, Inc. et al | SEC. H(1) |
| 2:17-cv-03597-JTM-DPC<br>Pearson v. BP Exploration & Production, Inc. et al | SEC. H(2) |
| 2:17-cv-03622-JTM-MBN<br>Walker v. BP Exploration & Production, Inc. et al | SEC. H(5) |
| 2:17-cv-03628-JTM-DPC<br>Aubert v. BP Exploration & Production, Inc. et al | SEC. H(2) |
| 2:17-cv-03629-JTM-JVM<br>Barnes v. BP Exploration & Production, Inc. et al | SEC. H(1) |
| 2:17-cv-03647-JTM-DPC<br>Colbert v. BP Exploration & Production, Inc. et al | SEC. H(2) |
| 2:17-cv-03648-JTM-DPC<br>Colburn v. BP Exploration & Production, Inc. et al | SEC. H(2) |
| 2:17-cv-03688-JTM-DPC<br>Cranmer v. BP Exploration & Production, Inc. et al | SEC. H(2) |
| 2:17-cv-03913-JTM-JVM<br>Easterling v. BP Exploration & Production, Inc. et al | SEC. H(1) |
| 2:17-cv-03985-JTM-MBN<br>Elzey v. BP Exploration & Production, Inc. et al | SEC. H(5) |
| 2:17-cv-03989-JTM-KWR<br>Fast v. BP Exploration & Production, Inc. et al | SEC H(4) |
| 2:17-cv-04002-JTM-JVM<br>Mackles v. BP Exploration & Production, Inc. et al | SEC. H(1) |
| 2:17-cv-04128-JTM-KWR<br>Austin v. BP Exploration & Production, Inc. et al | SEC H(4) |
| 2:17-cv-04136-JTM-MBN<br>Bradley v. BP Exploration & Production, Inc. et al | SEC. H(5) |
| 2:17-cv-04141-JTM-KWR<br>Brown v. BP Exploration & Production, Inc. et al | SEC H(4) |

| | |
|---|---|
| 2:17-cv-04207-JTM-DPC<br>**Troxler v. BP Exploration & Production, Inc. et al** | *SEC. H(2)* |
| 2:17-cv-04241-JTM-MBN<br>**Wright v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:17-cv-04255-JTM-JVM<br>**Sproat v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-04300-JTM-DPC<br>**Street v. BP Exploration & Production, Inc. et al** | *SEC. H(2)* |
| 2:17-cv-04322-JTM-DPC<br>**Dumas v. BP Exploration & Production, Inc. et al** | *SEC. H(2)* |
| 2:17-cv-04356-JTM-MBN<br>**Hicks v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:17-cv-04375-JTM-JVM<br>**Jones v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-04387-JTM-JVM<br>**Kalinowski v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-04453-JTM-KWR<br>**Moore v. BP Exploration & Production, Inc. et al** | *SEC H(4)* |
| 2:17-cv-04476-JTM-JVM<br>**Perkins v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-04507-JTM-JVM<br>**Poole, et al v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-04563-JTM-MBN<br>**Michael v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:17-cv-04570-JTM-JVM<br>**Prestenbach v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-04578-JTM-JVM<br>**Scott v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-04588-JTM-DPC<br>**Stapleton v. BP Exploration & Production, Inc. et al** | *SEC. H(2)* |
| 2:17-cv-04654-JTM-JVM<br>**Lawrence v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |
| 2:17-cv-06800-JTM-MBN<br>**Dean v. British Petroleum Oil Company** | *SEC. H(5)* |
| 2:19-cv-11664-JTM-MBN<br>**Bryant v. BP Exploration & Production, Inc. et al** | *SEC. H(5)* |
| 2:19-cv-11673-JTM-JVM<br>**Graham v. BP Exploration & Production, Inc. et al** | *SEC. H(1)* |

# ORDER

**[Regarding *Pro Hac Vice* Status in Severed B3 Cases Allotted to Section J]**

On April 6, 2021, the Court presiding over MDL 2179 severed cases from the B3 Pleading Bundle and ordered them re-allotted among the District Judges of the Eastern District. (*See* Rec. Doc. 27028 in No. 10-md-2179). Prior to severance, paragraph 12 of the Third Amended Pretrial Order No. 1 from MDL 2179 stated in relevant part:

> [A]ttorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.5 and 83.2.6 are waived, except that an attorney admitted *pro hac vice* is deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct of that attorney arising in the course of or in preparing for a proceeding. Association of local counsel is not required.

(Rec. Doc. 7812 in No. 10-md-2179).

**IT IS ORDERED** that paragraph 12 of the Third Amended Pretrial Order No.1 APPLIES to the severed B3 cases that have been allotted to Section H cases identified in the captions above.

New Orleans, Louisiana, this 14th day of May, 2021.

_____
United States District Judge
Jane Triche Milazzo