## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ROBERT LELAND REGAN, III ET AL                    CIVIL ACTION

VERSUS                                             NO. 13-2378

BP EXPLORATION & PRODUCTION INC. ET AL            SECTION: H (1)

### SCHEDULING ORDER

A Scheduling Conference was held October 27, 2021.

Participating were:
Paul A. Dominick, for plaintiffs
Nora Bilbro & Brady Hadden, for BP defendants
Paul Thibodeaux, for Transocean defendants and Triton Asset Leasing Gmg H
Keely Dulaney, for Halliburton Energy Services, Inc

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **FEBRUARY 11, 2022.**  This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **MARCH 15, 2022.**  This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **MARCH 15, 2022.**

Written <u>rebuttal</u> reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **MARCH 30, 2022.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed no later than **APRIL 15, 2022.** This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

All non-evidentiary pretrial motions, including Motions *in limine* regarding the admissibility of expert testimony, shall be filed no later than **MAY 3, 2022** to permit a submission date of **MAY 18, 2022.** This Section adheres to Local Rule 78.1 regarding oral argument on motions. **<u>The parties should ONLY submit</u>**

**pertinent pages of deposition transcripts.  Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions *in limine*  shall be filed by **JUNE 9, 2022** and responses thereto shall be filed by **JUNE 14, 2022.**

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-206 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF.

**THE PARTIES MUST ATTEND A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE. THE PARTIES MUST CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE WHICH SHOULD BE HELD WITHIN TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

A Final Pretrial Conference will be held on **JUNE 16, 2022 at 2:30 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The pretrial order must be electronically filed with the Court by 12:00 p.m. five (5)

work days prior to the conference. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **MONDAY, JULY 11, 2022 at 8:30 a.m.** before the District Judge WITH a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last 8 days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By: s/Erin Mouledous**
**Case Manager**
**504-589-7695**

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT LELAND REGAN, III ET AL                    CIVIL ACTION

VERSUS                                                            NO. 13-2378

BP EXPLORATION & PRODUCTION INC. ET AL          SECTION: H (1)

## ADDENDUM TO SCHEDULING ORDER

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried.  Additionally, each party shall make specific reference to record evidence supporting its statement of material facts.   Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference.  Record evidence not specifically referred to by the parties may not be considered by the Court.